# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| **CRYSTAL LEIGH WENTWORTH,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| | * | |
| -VS- | * | |
| | * | |
| **SGT. JOSHUA BEAUCHAMP,** | * | **CIVIL ACTION NO.:  CV221-55** |
| **OFFICER BARTCHLETT, and ONE** | * | |
| **JOHN DOE OFFICER, in their official** | * | |
| **and individual capacities as Correctional** | * | |
| **Officers for the Camden County Sheriff,** | * | |
| **and JIM PROCTER, in his official and** | * | |
| **individual capacity as Sheriff for** | * | |
| **Camden County.** | * | |

## SUMMONS IN A CIVIL CASE

**TO:**   **OFFICER BARTCHLETT**
  **CAMDEN COUNTY SHERIFF'S OFFICE**
  **209 EAST FOURTH  STREET**
  **WOODBINE, GEORGIA   31569-3749**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff or Plaintiff's attorney, whose name and address is: James A. Yancey, Jr., Attorney at Law, P.C., 704 G Street, Brunswick, Georgia 31520-6749.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint.

You  also must file your answer or motion with the Court.

JOHN E. TRIPLETT
CLERK OF COURT                                                                    DATE

(BY) DEPUTY CLERK