# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CRYSTAL LEIGH WENTWORTH, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-55 |
| | * | |
| v. | * | |
| | * | |
| SGT. JOSHUA BEAUCHAMP; OFFICER | * | |
| BRATCHLETT; OFFICER JOHN DOE; and | * | |
| JIM PROCTER, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's monetary damages claims against Defendants Beauchamp and Bratchlett in their official capacities and her state law claims for assault and battery and intentional infliction of emotional distress. Plaintiff's Fourteenth Amendment claims and

AO 72A
(Rev. 8/82)

policy or custom claims remain pending.  Id.; Dkt. No. 6.

**SO ORDERED**, this ___13___ day of ___September___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)