# In the United States District Court
## For the Southern District of Georgia
### Brunswick Division

CRYSTAL LEIGH WENTWORTH,      *
                              *
      Plaintiff,      *      CIVIL ACTION NO.: 2:21-cv-55
                              *
    v.      *
                              *
SGT. JOSHUA BEAUCHAMP; OFFICER      *
BARTCHLETT; OFFICER JOHN DOE; and      *
JIM PROCTER,      *
                              *
      Defendants.      *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 18. No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendant John Doe for failure to follow this Court's Orders and failure to prosecute. The Court also **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal in favor of Defendant Doe and **DENIES**

Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this _____1_____ day of December _____, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)